| Service of the Summons and Complaint was made by me¹ | DATE 11-12-07  8:46 AM |
|---|---|
| NAME OF SERVER (PRINT)  EDWARD ALLEN | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 236 ROUTE 46 EAST, SADDLE BROOK, NJ (SERVED: GERRY STREIFER, AUTHORIZED AGENT)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-12-07
              Date

Signature of Server
EDWARD ALLEN

Address of Server

EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE  PMB 323
WEST CALDWELL N.J.  07006
(973) 364-1220  FAX (973) 364-1252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE — MORETRAN LEASING CORP.

Service of the Summons and Complaint was made by me¹

DATE: 11-12-07  8:46 AM

NAME OF SERVER (PRINT): EDWARD ALLEN
TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 236 ROUTE 46 EAST, SADDLE BROOK, NJ (SERVED: GERRY STREIFEL, AUTHORIZED AGENT)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-12-07
Date

Signature of Server
EDWARD ALLEN

Address of Server
EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE  PMB 323
WEST CALDWELL N.J.  07006
(973) 364-1220  FAX (973) 364-1252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DARIANA LUPERON

Plaintiff(s), Petitioner(s)

INDEX NO.: 07 clV 9630

DATE OF FILING: 10/30/2007

against

NORTH JERSEY TRUCK CENTER INC., MORETRAN LEASING CORP AND RANDY CAMPOSMATOS

Defendant(s), Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, William Livingston being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Groton, CT.

Furthermore, that on **November 16, 2007 at 4:30 PM at 17 Spring Street, New London, CT 06320**, deponent served the **Summons In A Civil Action and Complaint; Judge's Rules** upon Randy Camposmatos, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy of each **Summons In A Civil Action and Complaint; Judge's Rules** to Recipients usual place of abode as a last and usual.

Please note: 11/10/07 @ 3:15 P.M. I spoke with the Subject's mother who stated the Subject was not home and was currently out of the State. 11/13/07 @ 8:30 A.M. no one is home. 11/15/07 @ 2:30 P.M. no one is home. 11/16/07 @ 10:30 A.M. no one is home. 11/16/07 @ 8:30 P.M. no one is home. At this time, the documents were posted to the door.

On November 17, 2007 deponent enclosed an additional true and attested copy of each **Summons In A Civil Action and Complaint; Judge's Rules** in postpaid envelope addressed to the Recipient at Recipient's usual place of abode in an official depository under the exclusive care of the United States Postal Service within the State of Connecticut. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

William Livingston, Private Process Server

Sworn to before me on November 26, 2007

Notary Public
My Commission Expires: 08/31/2009