UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIANA LUPERON,<br><br>                            Plaintiff(s)<br><br>- against -<br><br>NORTH JERSEY TRUCK CENTER, INC.<br>MORETRAN LEASING CORP., and<br>RANDY CAMPOSMATOS,<br>                            Defendant(s) | ANSWER TO CROSS-CLAIM OF<br>NORTH JERSEY TRUCK CENTER, INC.<br>AND MORETRAN LEASING CORP.<br><br>DOCKET NO. 07-CIV-9630 (RJS) |

NORTH JERSEY TRUCK CENTER, INC.
MORETRAN LEASING CORP., and
RANDY CAMPOSMATOS,

                  Third-Party Plaintiff(s)

- against -

COLLIE ARNOLD and SMARTWAY
TRANSPORT, LLC,
                Third-Party Defendant(s)

      Defendant(s) Randy Camposmatos, by the undersigned answering the cross-claim of the co-defendant(s), North Jersey Truck Center, Inc. and Moretran Leasing Corp., upon information and belief, states as follows:

      Denies the allegations contained in defendant North Jersey Truck Center, Inc. and Moretran Leasing Corp. cross-claim.

      WHEREFORE, defendant(s) demand(s) judgment dismissing the co-defendant(s) complaint herein together with the costs and disbursements of this action.

DATED:      Westbury, New York
                  February 19, 2008

                                    John W. Kondulis, Esq. (JK4978)
                                    JAMES G. BILELLO & ASSOCIATES (JB7226)
                                    Attorneys for Defendant Randy Camposmatos
                                    875 Merrick Avenue
                                    Westbury, New York 11590
                                    (516) 229-4312
                                    Our File No. 08K0158

TO:

Price, Meese, Shulman & D'Arminio P.C.
Attorneys for Co-Defendants
North Jersey Truck Center, Inc.
Mortran Leasing Corp.
106 Corporate Park Drive
White Plains, NY 10604

Kevin Concagh PC
Attorneys for Plaintiff
Dariana Luperon
225 Broadway
New York, NY 10007

DARIANA LUPERON                                    DEFENDANTS DISCLOSURE
                                                   OF INTERESTED PARTIES
                 Plaintiff(s)

   - against -                              Docket #: 07-CV -9630

                                    (, Judge)
                                    (, Judge)

                 Defendant(s)

     I, John W. Kondulis, attorney for defendant(s) Randy Camposmatos, have filed an initial pleading in the above caption matter, make the following disclosure to the Court pursuant to Local General Rule 1.9 of the Local Rules for the Southern and Eastern District of New York:

     That your affiants client is a natural person and that there are no corporate parents, affiliates or subsidiaries

DATED:    WESTBURY, NEW YORK
               February 19, 2008


                                         John W. Kondulis, Esq. (JK4978)
                                         Signature of Counsel

     This Disclosure must be completed by counsel for all defendants at the time of initial pleading and filed with the Court.

**Rule 1.9 Disclosure of Interested Parties**

     To enable judges and magistrates of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) party shall submit at the time of initial pleading subsidiaries, or affiliates of that party.

Index No. 07-CV -9630                                    Year:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIANA LUPERON,

                               Plaintiff(s)

      - against -
                                              ANSWER TO
NORTH JERSEY TRUCK CENTER, INC.            CROSS-CLAIM
MORETRAAN LEASISNG CORP. AND
RANDY CAMPOSMATOS,
                               Defendant(s)

                AND ONE OTHER ACTION

            JAMES G. BILELLO & ASSOCIATES
                Attorneys for the Defendant(s)
                     Randy Camposmatos
                     875 Merrick Avenue
                 Westbury, New York 11590
                    (516) 229-4312

-------------------------------------------------------------------------------------------------

TO

| Kevin Concagh PC | Price,Meese,Shulman & D'Arminio P.C. |
| Attorneys for Plaintiff | Attorneys for Co-Defendant |
| Dariana Luperon | North Jersey Truck Center, Inc. |
| 225 Broadway | Mortran Leasing Corp. |
| New York, NY 10007 | 106 Corporate Park Drive |
| | White Plains, NY 10604 |

-------------------------------------------------------------------------------------------------

Due and timely service of a copy of the within Answer to Cross-Claim is hereby admitted
Dated February 19, 2008

Attorney(s) for Randy Camposmatos
-------------------------------------------------------------------------------------------------

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK) SS.:
COUNTY OF NASSAU)

    Joan Panzella, being duly sworn deposes and says that she is over the age of 18 years, that on the _____ day of February, 2008, she served the annexed ANSWER TO CROSSCLAIM upon the following named attorneys and parties:

TO:

| | |
|---|---|
| Kevin Concagh PC | Price, Meese, Shulman & D'Arminio P.C. |
| Attorneys for Plaintiff | Attorneys for Co-Defendants |
| Dariana Luperon | North Jersey Truck Center, Inc. |
| 225 Broadway | Mortran Leasing Corp. |
| New York, NY 10007 | 106 Corporate Park Drive |
| | White Plains, NY 10604 |

by depositing true copies thereof in a post box maintained by the United States Postal Authorities, enclosed in securely closed post-pain wrappers addressed to the above named attorney(s) and parties(s) listed above: that being addressed designated by them as ascertained by deponent from the file maintained in the office of the attorneys for the Defendant(s) Randy Camposmatos herein

                                                Joan Panzella

Sworn to before me this
_____ day of February, 2008

_____
        Notary Public