UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

DARIAN LUPERON,

                  Plaintiff.

-v-

NORTH JERSEY TRUCK CENTER, INC.,
*et al.*,

                  Defendants.

No. 07 Civ. 9630 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      By letter dated April 18, 2008, defendants North Jersey Truck Center, Inc., and Moretran Leasing Corp. request a pre-motion conference in anticipation of filing a motion for summary judgment.

      IT IS HEREBY ORDERED the parties shall appear for a pre-motion conference regarding defendants' proposed motion for summary judgment on *MAY 13, 2008 @ 3PM*, at the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:    New York, New York
              April 28, 2008

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE