UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIANA LUPERON

          Plaintiff(s)

- against -

NORTH JERSEY TRUCK CENTER, INC.
MORETRAN LEASING CORP. and RANDY
CAMPOSMATOS

          Defendant(s)
and one other action

**MEMO ENDORSED**

ORDER

Docket No.: 07-CV-9630
(RJS)

The parties having appeared at a conference on March 27, 2008, and upon the consent of all parties appearing, the defendant Randy Camposmatos is hereby granted leave to file and serve a second third-party action as against Smartway Transportation, Collie C. Arnold and the City of New York no later than May s27, 2008.

DATED: WESTBURY, NY
APRIL 30, 2008

*[signature]*
PRICE, MEESE, SHULMAN & D'ARMINIO PC

*[signature]*
JAMES G. BILELLO & ASSOCIATES

*[signature]*
KEVIN CONCAGH PC

SO ORDERED.

*[signature]*
5/13/08   USDCJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08