UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIAN LUPERON,

              Plaintiff.

-v-

NORTH JERSEY TRUCK CENTER, INC.,
*et al.*,

              Defendants.



No. 07 Civ. 9630 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties in the above-entitled action shall submit a joint letter by May 23, 2008 regarding the scope and extent of discovery that should be conducted prior to defendants' submission of its anticipated motion for summary judgment, as well as any disagreements between the parties on this issue.

SO ORDERED.

DATED:    New York, New York
              May 14, 2008

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE