UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DARIANA LUPERON,

                                                Plaintiff,

-against-

NORTH JERSEY TRUCK CENTER, INC., MORETRAN
LEASING CORP. and RANDY CAMPOSMATOS,

                                                Defendants.

------------------------------------------------------------x

NORTH JERSEY TRUCK CENTER, INC., MORETRAN
LEASING CORP.,

                                        Third-Party Plaintiffs,

-against-

COLLIE ARNOLD and SMARTWAY TRANSPORT
INC.,

                                        Third-Party Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 cv 9630 (RJS)

City File #: 2008-020623

RANDY CAMPOSMATOS,

                                        Second Third-Party Plaintiff,

-against-

SMARTWAY TRANSPORT LLC, COLLIE C. ARNOLD
and CITY OF NEW YORK,

                                        Second Third-Party Defendants.

------------------------------------------------------------x

**TO: The Clerk of this Court and all parties of record:**

      Please enter my appearance as counsel in this case for second third-party defendant THE CITY OF NEW YORK and include me on all electronic filing notices at the following email address:

ckoster@law.nyc.gov

I certify that I am admitted to practice in this Court and that I have registered for electronic filing.

Dated:  New York, New York
        June 18, 2008

Respectfully submitted,

MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Second Third-Party Defendant
100 Church Street
New York, NY 10007

By: _____
Craig Koster (CK 6054)
Assistant Corporation Counsel
(212) 788-7295
