UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIANA LUPERON

                          Plaintiff(s)

- against -

NORTH JERSEY TRUCK CENTER, INC.,
MORETRAN LEASING CORP. and
RANDY CAMPOSMATOS

                          Defendant(s)
And Two Third-Party Actions

REPLY TO
COUNTER CLAIM

Docket #: 07-CV -9630
(HB)

      Defendant/Second Third-Party Plaintiff Randy Camposmatos, replying to the counterclaim of the Second Third-Party Defendant City of New York, upon information and belief, states as follows:

ANSWERING A FIRST COUNTERCLAIM

      FIRST:  Denies each and every allegation contained in paragraphs numbered and designated as: 51.

WHEREFORE, Defendant/Second Third-Party Plaintiff Randy Camposmatos, hereby demands judgment dismissing the counterclaim of the Second Third-Party defendant, City of New York, together with the costs and disbursements of this action.

DATED:     WESTBURY, NY
              JULY 8, 2008

_____
John W. Kondulis, Esq. (JK4978)
JAMES G. BILELLO & ASSOCIATES (JB7226)
Attorneys for Defendant/Second Third-Party
Plaintiff Randy Camposmatos
875 Merrick Avenue
Westbury, NY 11590
(516) 229-4312

TO:
Kevin Concagh PC
Attorneys for Plaintiff
225 Broadway
New York, NY 10007

Price, Meese, Shulman & D'Arminio P.C.
Attorneys for Deft./First Third Party Plaintiff
North Jersey Truck Center, Inc. and
Moretran Leasing Corp.
106 Corporate Park Drive
White Plains, NY 10604

Smartway Transport LLC
148 South 12th Avenue
Mt. Vernon, NY 10550

Collie C. Arnold
112 Courtland Avenue
Stamford, CT 06902-3424

Michael A. Cardozo
Corporation Counsel
Atty for 2nd 3rd Pty Deft.
The City Of New York
100 Church Street
New York, NY 10007

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK) SS.:
COUNTY OF NASSAU)

      Joan Panzella, being duly sworn deposes and says that she is over the age of 18 years, that on the __8__ day of July, 2008, she served the annexed REPLY TO COUNTERCLAIM upon the following named attorneys and parties:

TO:

Kevin Concagh PC
Attorneys for Plaintiff
Dariana Luperon
225 Broadway
New York, NY 10007

Price, Meese, Shulman & D'Arminio P.C.
Attys for Def/First 3rd Pty Pltf North Jersey
Truck Center, Inc. and Moretran Leasing Corp.
106 Corporate Park Drive
White Plains, NY 10604

Smartway Transport LLC
148 South 12th Avenue
Mt. Vernon, NY 10550

Collie C. Arnold
112 Courtland Avenue
Stamford, CT 06902-3424

Michael A. Cardozo
Corporation Counsel
Atty for 2nd 3rd Pty Deft.
The City Of New York
100 Church Street
New York, NY 10007

by depositing true copies thereof in a post box maintained by the United States Postal Authorities, enclosed in securely closed post-pain wrappers addressed to the above named attorney(s) and parties(s) listed above: that being addressed designated by them as ascertained by deponent from the file maintained in the office of the attorneys for the Plaintiff(s), herein.

_____
Joan Panzella

Sworn to before me this
__8__ day of July, 2008

_____
Notary Public

JOHN W. KONDULIS
Notary Public, State of New York
No. 02KO4649868
Qualified in Nassau County
Commission Expires Jan. 31, 20__12__

Docket No. 07-CV-9630 (HB)                    Year: 2008

---

DARIANA LUPERON

                        Plaintiff(s)

  - against -

NORTH JERSEY TRUCK CENTER, INC., MORETRAN LEASING CORP. and RANDY CAMPOSMATOS

                        Defendant(s)
And Two Third-Party Actions

**REPLY TO COUNTER CLAIM**

---

JAMES G. BILELLO & ASSOCIATES
Attorneys for the Plaintiff(s)
875 Merrick Ave
Westbury, NY 11590
(516) 229-4312

---

TO

Kevin Concagh PC
Attorneys for Plaintiff
Dariana Luperon
225 Broadway
New York, NY 10007

Smartway Transport LLC
148 South 12th Avenue
Mt. Vernon, NY 10550

Michael A. Cardozo
Corporation Counsel
Atty for 2nd 3rd Pty Deft.
The City Of new York
100 Church Street
New York, NY 10007

Price, Meese, Shulman & D'Arminio P.C.
Attys for Def/First 3rd Pty Pltf North Jersey
Truck Center, Inc. and Moretran Leasing Corp.
106 Corporate Park Drive
White Plains, NY 10604

Collie C. Arnold
112 Courtland Avenue
Stamford, CT 06902-3424

---

Due and timely service of a copy of the within REPLY TO COUNTER CLAIM is hereby admitted Dated July 8, 2008

Attorney(s) for Randy Camposmatos