UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

DARIANA LUPERON,

                                      Plaintiff,

                - against -

NORTH JERSEY TRUCK CENTER, INC.,
MORETRAN LEASING CORP., and RANDY
CAMPOSMATOS,

                             Defendants.

**NOTICE OF**
**APPEARANCE**

07 CV 9630 (HB)

-----------------------------------------------------------------------x
NORTH JERSEY TRUCK CENTER, INC., and
MORETRAN LEASING CORP.,

                           Third-Party Plaintiffs,

              -against-

COLLIE ARNOLD and SMARTWAY
TRANSPORT, INC.,

                       Third-Party Defendants.
-----------------------------------------------------------------------x
RANDY CAMPOSMATOS,

                        Second-Party Plaintiff,

              -against-

SMARTWAY TRANSPORT LLC,
COLLIE C. ARNOLD and CITY OF NEW YORK,

                  Second Third-Party Defendants.
-----------------------------------------------------------------------x

To the Clerk of this Court and all parties of records

        Enter my appearance as counsel (Lead Attorney & Attorney to be Noticed) in this case

for:

THE CITY OF NEW YORK

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      July 16, 2008

                            Yours, etc.,
                            MICHAEL A. CARDOZO
                            Corporation Counsel
                            Attorney for Defendant
                            100 Church Street
                            New York, New York  10007

                    By: _Cynthia Goldman_
                            Cynthia Goldman (CG-0478)
                            Special Assistant Corporation
                            Counsel
                            (212) 442-5855

To:     Kevin Concagh, Esq.
         Attorneys for Plaintiff
         2225 Broadway
         New York, NY 10007

         Price Meese, Shulman & D'Arminio, P.C.
         Attorneys for North Jersey Truck Center and
         Moretran Leasing Corp.
         106 Corporate Park Drive
         White Plains, NY 10604

         Smartway Transport LLC
         148 South 12th Avenue
         Stamford, CT 06902-3424

         John W. Kondulis, Esq.
         James G. Bilello & Associates
         Attorneys for Randy Camposmatos
         875 Merrick Avenue
         Westbury, NY 11590

         Collie C. Arnold
         112 Courtland Avenue
         Stamford, CT 06902-3424

STATE OF NEW YORK, COUNTY OF NEW YORK , SS.:

   The undersigned, an attorney admitted to practice in the courts of New York State, shows: that she is employed in the office of the Corporation Counsel of the City of New York, and affirms this statement to be true under the penalties of perjury, pursuant to 28  U.S.C. § 1746:

   that on the 16th day of July, 2008 she served the annexed **NOTICE OF APPEARNCE** upon:

   Kevin Concagh, Esq.
   Attorneys for Plaintiff
   2225 Broadway
   New York, NY 10007

   Price Meese, Shulman & D'Arminio, P.C.
   Attorneys for North Jersey Truck Center and
   Moretran Leasing Corp.
   106 Corporate Park Drive
   White Plains, NY 10604

   Smartway Transport LLC
   148 South 12th Avenue
   Stamford, CT 06902-3424

   John W. Kondulis, Esq.
   James G. Bilello & Associates
   Attorneys for Randy Camposmatos
   875 Merrick Avenue
   Westbury, NY 11590

   Collie C. Arnold
   112 Courtland Avenue
   Stamford, CT 06902-3424

being the addresses within the State theretofore designated by him/her for that purpose, by causing to be deposited a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 100 Church Street in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated: New York, New York
   July 16, 2008

         _Cynthia Goldman_
         Cynthia Goldman
         Special Assistant Corporation Counsel

07 CV 9630

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIANA LUPERON,

Plaintiff,

-against-

NORTH JERSEY TRUCK CENTER, INC., et al.,

Defendant.

# NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Second Third-Party Defendant
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Cynthia Goldman*
*Tel: (212) 442-5855*

Due and timely service is hereby admitted.

New York, N.Y.

Esq.

Attorney for Plaintiff