LAW OFFICES

# KEVIN CONEAGH, P.C.

225 BROADWAY

NEW YORK, N.Y. 10007

212-962-2727

FAX 212-601-7492

```
RECEIVED

JUL 1 6 2008

HAR...   ...ER
U.S. DISTRICT JUDGE
S.D.N.Y.
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

July 16, 2008

Hon. Harold Baer, Jr., USDJ
United States District Court
500 Pearl Street, Room 2230
New York, N.Y. 10007

   Re: Luperon v. North Jersey Truck Center, Inc., et al.
     Case No. 07 cv 9630

Dear Judge Baer:

  This office represents the plaintiff in the above auto diversity case. Yesterday, we received the letter from your chambers dated July 14, 2008, advising that a Pre-Trial Conference in this matter has been scheduled for Thursday, August 7, 2008.

  This letter is being written to respectfully request an adjournment of the August 7th conference.

  I have vacation commitments that week and do not have an associate familiar with the facts of this case. We have contacted all attorneys on this matter and are advised that Ms. Goldman, attorney for the third-party defendant City of New York, also has vacation commitments that week through August 13th. Additionally, she is not available August 14, 15, 22, and 29.

  Mr. Kondulis, attorney for the defendant Randy Camposmatos relates he is also not available the week of August 7th, as well as on the following dates August 14, 20, and 27.

  The attorneys for the defendants NORTH JERSEY TRUCK CENTER, INC. and MORETRAN LEASING CORP are available.

Accordingly, Ms. Goldman and Mr. Kondulis join in this application and Mr. Fricke consents.

Thank you.

Respectfully,

KEVIN CONCAGH (KC1944)
Kevin Concagh, P.C.
Attorneys for Plaintiff
DARIANA LUPERON
225 Broadway
New York, N.Y. 10007
212-962-2727

KC/mg
Encl.
cc:

Richard Fricke, Esq.
Price, Meese, Shulman & D'Arminio
Attorneys for Defendants
NORTH JERSEY TRUCK CENTER, INC.,
and MORETRAN LEASING CORP.
Mack-Cali Corporate Center
50 Tice Blvd.
Woodcliff Lake, NJ 07677

John Kondulis, Esq.
James G. Bilello & Associates
Attorneys for the Defendant
RANDY CAMPOSMATOS
875 Merrick Avenue
Westbury, NY 11590

Cynthia Goldman, Esq.
Corporation Counsel of the City of New York
Attorney for Second Third-Party Defendant
THE CITY OF NEW YORK
100 Church Street
New York, NY 10007

*Conference adjourned to Thursday, September 4 at 3:45 pm.*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: _July 21, 2008_