U.S. Dist Court - Southern Dist. of NY

Docket No. 07 CV-9630 (RJS)

Dariana Luperon

Plaintiff(s) Petitioner(s)

against

North Jersy Truck Center, Inc., et al.

Defendant(s) Respondent(s)

**AFFIDAVIT OF SERVICE**

Nassau County, New York State: Yoler Jean-Baptiste New York State being sworn says: Deponent is not a party herein, is over 18 years of age and resides at

On May 23, 2008 at 2:50P .M. at 100 Church Street, New York, NY

deponent served the within
- ☐ summons
- ☐ with notice
- ☐ summons and complaint
- ☐ order to show cause
- ☐ subpoena ☐ subpoena duces tecum
- ☐ summons & verified complaint
- ☐ summons & complaint - foreclosure
- ☐ summons, Spanish summons and verified formal complaint, the language required by NYCRR 2900.0 (e), (f) & (h) was set forth on the face of the summons (es)
- ☐ citation
- ☒ papers served had endorsed thereon index no. and date of filing
- ☒ 2nd-3rd party summons & complaint

on City of New York, 2nd-3rd party

- ☐ defendant
- ☐ respondent
- ☐ witness

(hereinafter called the recipient) therein named

1. **INDIVIDUAL** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

2. **CORPORATION** ☒ a corporation, by delivering thereat a true copy of each to Amanda Gonzalez personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **managing agent** thereof

3. **SUITABLE AGE PERSON** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling house (usual place of abode) within the state.

4. **AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING USE WITH (3 or 4)** ☐ Deponent talked to _____ who stated that recipient ☐ lived ☐ worked there. Deponent caused a copy of same to be enclosed in a postpaid sealed wrapper properly addressed to recipient at recipient's last known residence, at _____ and caused said wrapper to be deposited in - a post office - official depository under exclusive care and custody of the U.S. Postal Service within New York State.

☐ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION (1 or 3)**

| Sex | Color | Hair | Approximate Age | Height | Weight |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☒ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0" - 5'3" | ☐ 100 - 130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4" - 5'8" | ☒ 131 - 160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9" - 6'0" | ☐ 161 - 200 Lbs. |
| | ☐ Tan Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $_____ the authorizing traveling expenses and one days' witness fee:
- ☐ was paid (tendered) to the recipient
- ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
May 27, 2008

ILENE BRODY
Notary Public, State of New York
No. 30-4843428
Qualified in Nassau County
Commission Expires February 28, 2010

Yoler Jean-Baptiste

License No. 1139306

JUN 0 3 2008