Affidavit of Service Through the Secretary of State

United States District Court
Southern District of New York

---

Dariana Luperon

        Plaintiff,

- against –

North Jersy Truck Center, Inc., Moretran Leasing Corp. and Randy Camposmatos

        Defendant.

---

North Jersy Truck Center, Inc., Moretran Leasing Corp.

        Third-Party Plainiffs,

- against –

Collie Arnold and Smartway Transport Inc.

        Third-Party Defendants.

---

Randy Camposmatos

        Second Third-Party Plaintiffs,

- against –

Smartway Transport, LLC, Collie C. Arnold and City of New York

        Second Third-Party Defendants.

Index No.: 07 CV 9630 (RJS)

JUN 0 5 2008

---

State of New York
County of Albany     SS.:

**Jessica Miller**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that **28th of May, 2008**, at **11:45am**, at the office of the Secretary of State of New York in the City of Albany, New York deponent served the, **Second Third-Party Summons and Second Third-Party Complaint** bearing the above Index #, on **Smartway Transport, LLC**, the Second Third-Party Defendant in this action, by delivering to and leaving with **Donna**

Skin: **White**  Hair Color: **Blonde**  Sex: **Female**  Other:

Sworn to before me on this

___2nd___ day of ___June 2008___

___(Deborah A Botth (Beelin))___
Deborah A. Bottisti
Notary Public, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_____
Jessica Miller